237 So.2d 399

Catherine Bennett FRIERSON et al.

v.

George W. FALGOUT, Venson Seal, Individually and as Administrator of the estate of Harold Seal et al.

No. 50699.

June 29, 1970.

Application denied. On the facts found by the Court of Appeal there is no error of law in the judgment.